CHARLES DEVLIN, Respondent, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant.

(Argued November 9, 1880 ; decided November 16, 1880.)

*William O. Bartlett* for appellant.

*T. C. Cronin* for respondent.

Agree to dismiss appeal without opinion.
All concur.
Appeal dismissed.